COMMONWEALTH of Pennsylvania, Respondent

v.

Damion RIVERS, Petitioner

No. 495 EAL 2016

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.